FILED
CLERK, U.S. DISTRICT COURT

DEC – 5 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| FEDERAL TRADE COMMISSION, | **Case No.CV 13-8912 DSF (FFMx)** |
|---|---|
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION TO TEMPORARILY SEAL CASE FILE** |
| v. | |
| TATTO, INC., *et al.*, | |
| Defendants. | |

In accordance with Local Rule 79-5.1, Plaintiff Federal Trade Commission has applied for an order sealing the entire docket and all pleadings in the above-captioned case. Upon consideration of Plaintiff's *ex parte* application to temporarily seal the case file ("Seal Application"), as well as Plaintiff's *ex parte* application for temporary restraining order ("TRO Application") and related pleadings and exhibits, this Court finds that good cause exists to seal the docket and case file in this case, and hereby **GRANTS** Plaintiff's Seal Application.

**IT IS THEREFORE ORDERED** that the docket in the above-captioned matter be sealed, and that Plaintiff's Complaint, TRO Application, all other papers

in the above-captioned matter be filed under seal.

**IT IS FURTHER ORDERED** that while the case file remains sealed, the Clerk shall make **no** notation of the aforementioned materials on the docket, the public record or PACER system, and the Clerk **shall not** send any notice of the aforementioned materials to counsel appearing of record.

**IT IS FURTHER ORDERED** that, unless otherwise ordered or provided, the seal entered by this Order shall dissolve at 5:00 p.m. on December 9, 2013, or at 5:00 p.m. on the third court day after the Court rules on the FTC's application for a temporary restraining order, whichever is later.

This Order shall not be construed to prohibit service or other disclosure by the FTC, any Receiver appointed by the Court, or those acting at their direction, of any temporary restraining order entered in this case, and any papers filed in support thereof, to: (1) the parties, (2) non-party financial institutions or other third parties that may be holding any assets of Defendants, or (3) any domestic or foreign law enforcement agency.

**SO ORDERED,**

Dated: 12/5/13

_Dale S. Fischer_

_____

UNITED STATES DISTRICT JUDGE