FILED
CLERK, U.S. DISTRICT COURT
DEC - 5 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| FEDERAL TRADE COMMISSION, | Case No. CV 13-8912 DSF (FFMx) |
|---|---|
| Plaintiff, | ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION TO EXCEED PAGE LIMIT |
| v. | |
| TATTO, INC., *et al.*, | |
| Defendants. | |

Plaintiff, the Federal Trade Commission ("FTC"), has applied for an order granting leave to file its Memorandum in Support of Plaintiff's *Ex Parte* Application for Temporary Restraining Order With an Asset Freeze and Other Equitable Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue ("TRO Memo") in excess of the 25-page limit specified by Local Rule 11-6. Upon consideration of the FTC's application, this Court hereby **GRANTS** plaintiff's application to exceed the page limit.

**IT IS THEREFORE ORDERED** that the FTC's application to exceed the page limit is hereby granted and its TRO Memo is accepted for filing and will be

1

considered in its entirety by this Court in determining the FTC's *ex parte* application for a temporary restraining order, ancillary equitable relief, and order to show cause why a preliminary injunction should not issue.

**SO ORDERED,**

Dated: 12/5/13

*Dale S. Fischer*

UNITED STATES DISTRICT JUDGE