Heather S. G. Allen
Federal Trade Commission
600 Pennsylvania Ave, NW, NJ-3158
Washington, DC 20580

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Federal Trade Commission | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV 13-8912 DSF (FFMx) |
| v. | |
| Tatto, Inc., et al. | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HACE VICE*** |
| Defendant(s). | |

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Allen, Heather S. G.     of     Federal Trade Commission
*Applicant's Name (Last Name, First Name & Middle Initial)*         600 Pennsylvania Ave, NW, NJ-3158
                                                                     Washington, DC 20580
202-326-2038        202-326-3629
*Telephone Number*     *Fax Number*
hallen@ftc.gov
*E-Mail Address*                               *Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

Federal Trade Commission

*Name(s) of Party(ies) Represented*     **X** *Plaintiff*   ☐ *Defendant*   ☐ *Other:*

**and designating as Local Counsel**

Barnouw, Faye C.     of     Federal Trade Commission
*Designee's Name (Last Name, First Name & Middle Initial)*        10877 Wilshire Blvd, Ste. 700
                                                                   Los Angeles, CA 90024
168631         310-824-4343
*Designee's Cal. Bar Number*   *Telephone Number*

310-824-4380
*Fax Number*                               *Firm Name & Address*
                                           fbarnouw@ftc.gov
                                                        *E-Mail Address*

**hereby ORDERS the Application be:**

**X GRANTED**.
☐ **DENIED.** Fee shall be returned by the Clerk.
☐ **DENIED.** For failure to pay the required fee.

Dated    12/5/13

*/s/ Dale S. Fischer*

**U.S. District Judge/U.S. Magistrate Judge**