Jane M. Ricci
Federal Trade Commission
600 Pennsylvania Ave, NW, NJ-3158
Washington, DC 20580

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Federal Trade Commission | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV 13-8912 DSF (FFMx) |
| v. | |
| Tatto, Inc., et al. | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HACE VICE*** |
| Defendant(s). | |

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Ricci, Jane M.                         of    Federal Trade Commission
*Applicant's Name (Last Name, First Name & Middle Initial)*   600 Pennsylvania Ave, NW, NJ-3158
                                              Washington, DC 20580
202-326-2269          202-326-3629
*Telephone Number*    *Fax Number*
jricci@ftc.gov
*E-Mail Address*                              *Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

Federal Trade Commission

*Name(s) of Party(ies) Represented*     **X** *Plaintiff*    ☐ *Defendant*    ☐ *Other:*

**and designating as Local Counsel**

Barnouw, Faye C.                       of    Federal Trade Commission
*Designee's Name (Last Name, First Name & Middle Initial)*   10877 Wilshire Blvd, Ste. 700
                                              Los Angeles, CA 90024
168631                310-824-4343
*Designee's Cal. Bar Number*   *Telephone Number*

310-824-4380
*Fax Number*                                  *Firm Name & Address*
                                              fbarnouw@ftc.gov
                                              *E-Mail Address*

**hereby ORDERS the Application be:**

**X GRANTED**.
☐ **DENIED.** Fee shall be returned by the Clerk.
☐ **DENIED.** For failure to pay the required fee.

*(signature)* Dale S. Fischer

**Dated**    **12/5/13**

**U.S. District Judge/U.S. Magistrate Judge**