ELAINE K. KIM (SBN 242066)
  ekk@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

R. WILLIS ORTON *(pro hac vice pending)*
  worton@kmclaw.com
ANTONIO A. MEJIA *(pro hac vice pending)*
  tmejia@kmclaw.com
JUSTIN W. STARR *(pro hac vice pending)*
  jstarr@kmclaw.com
KIRTON McCONKIE
50 East South Temple, Fourth Floor
Salt Lake City, Utah 84111
Telephone: (801) 328-3600
Facsimile: (801) 321-4893

Attorneys for Defendants
Tatto, Inc., Mobile Media Products, LLC,
Chairman Ventures, LLC, Galactic Media,
LLC, Virtus Media, LLC, and Lin Miao

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | CASE NO. CV 13-8912 DSF (FFMx) |
| Plaintiff, | Hon. Dale S. Fischer |
| v. | **DECLARATION OF LIN MIAO IN SUPPORT OF DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |
| TATTO, INC., a corporation, also d/b/a WINBIGBIDLOW and TATTO MEDIA; BULLROARER, INC., a corporation, also d/b/a BULLROARER CORPORATION PTY LTD; SHABOOM MEDIA, LLC, a limited liability company, also d/b/a TATTO MEDIA; BUNE, LLC, a limited liability company; MOBILE MEDIA PRODUCTS, LLC, a limited liability company; CHAIRMAN VENTURES, LLC, a limited liability company; GALACTIC MEDIA, LLC, a limited liability company; VIRTUS MEDIA, LLC, a limited liability company; LIN MIAO, in his individual and corporate capacity; and ANDREW BACHMAN, in his individual and corporate capacity, | Time: 1:30 p.m.<br>Date: December 18, 2013<br>Ctrm: 840 (Roybal) |
| Defendants. | |

Mitchell
Silberberg &
Knupp LLP

5731825.1

I, Lin Miao, declare as follows:

1.     I am a resident of the State of California.  I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2.     I am the owner and officer of Tatto, Inc. ("Tatto"), and was an officer of Chairman Ventures, LLC.

3.     The FTC's complaint alleges that Bullroarer, Inc. d/b/a Bullroarer Corporation Pty Ltd ("Bullroarer") and Tatto are commonly owned by Ozura World, Ltd. ("Ozura").  That is not true.  Tatto has no parent company and no common ownership or affiliation with Bullroarer.  I have never been an owner or officer of Ozura or Bullroarer.  Ozura and Bullroarer simply have nothing to do with Tatto or any other entity that I own or control.

4.     Tatto, Mobile Media Products, LLC, Chairman Ventures, LLC, Galactic Media, LLC, and Virtus Media, LLC (collectively, the "Tatto Corporate Defendants" and together with myself, the "Tatto Defendants") were engaged in the business of providing digital content to mobile phone subscribers.  The Tatto Corporate Defendants have not engaged in this business since 2012.

5.     Many mobile phones support a service feature called Short Message Service, or SMS for short.  SMS has become commonly known as text messaging, or simply "texting."

6.     SMS can be used to deliver digital content, such as news alerts, financial information, ring tones, or celebrity gossip.

7.     Some companies offer "premium" content via texting to mobile phone subscribers for a fee.

8.     Many mobile phone carriers assist content providers by billing subscribers for these services, often called "Premium SMS" services.

9.     Digital content providers use advertising to get subscribers.  The subscriber provides the content provider with his cell phone number.  The content

1   provider then sends the subscriber a text message that includes a "short code." The

2   customer then sends a text message to the content provider with the short code.

3   The content provider then texts a PIN number to the subscriber with a description

4   of the service and the charges.  The customer subscribes by sending the PIN

5   number back to the content provider.

6        10.    Mobile carriers bill subscribers directly for Premium SMS services.

7   The charge is placed on the customer's monthly bill.  The mobile carrier, not the

8   content provider, chooses where to place the charge on the bill and how to describe

9   the service.

10        11.    Mobile carriers profit from this by keeping a percentage of the charge,

11   usually about 50% net of any refunds or write offs to their customers.

12        12.    The other 50% is usually sent to an "aggregator" who works with

13   various mobile carriers and content providers, and the aggregator keeps 10% and

14   sends the rest to the content provider.

15        13.    Premium SMS is used for a variety of reasons, including to raise

16   money for charity or politicians, to obtain information, for entertainment, and for

17   communication.

18        14.    Premium SMS has largely been self-regulated.  In its early days, there

19   was very little regulation.  Mobile carriers were ahead of regulatory agencies and

20   imposed strict standards regarding acceptable complaint percentages.   In recent

21   years, however, mobile carriers have regulated the practice more carefully.  Mobile

22   carriers offered SMS-related services, such as ring tones and call blocking, and

23   profited from such services.

24        15.    The FTC says "cramming" occurs when a content provider "adds a

25   charge to your phone bill for a service you didn't order, agree to, or use."[1]  The

26   FCC defines it as "the practice of placing unauthorized, misleading or deceptive

27

28   [1] http://www.consumer.ftc.gov/articles/0183-mystery-charges-your-phone-bill

Mitchell
Silberberg &
Knupp LLP

5731825.1

2

**DECLARATION OF LIN MIAO**

1  charges on your telephone bill."[2]  The Tatto Defendants did not engage in so-called

2  "cramming" or any other deceptive or unauthorized practice.

3       16.    The Tatto Defendants operated exactly like the "legitimate" content

4  providers described by the FTC, including by adopting the "double opt-in"

5  verification.  After initial contact, every potential customer received a PIN along

6  with a full and accurate description of the services provided and the $9.99 monthly

7  subscription.  As part of the double opt-in verification, subscribers had to opt in

8  using the PIN.

9       17.    Further, after subscribing through the double opt-in process, the Tatto

10  Defendants sent every subscriber a confirmation text message that again disclosed

11  the $9.99 monthly charge.  A significant percentage of subscribers immediately

12  cancelled upon receiving the confirmation, which showed us that it was an

13  effective way of verifying with subscribers that they knew exactly what they had

14  signed up for.

15       18.    Further, the Tatto Defendants also sent renewal notices to some

16  subscribers that again disclosed the $9.99 monthly charge.

17       19.    The Tatto Defendants did not create the content that was sent to

18  subscribers.  The Tatto Defendants were involved only in creating advertising and

19  attracting subscribers.

20       20.    The Tatto Defendants never ran any Justin Bieber campaign.  I do not

21  know why the FTC has imputed to the Tatto Defendants the offering of tickets for

22  a concert and failing to provide them.

23       21.    The Tatto Defendants had nothing to do with how mobile carriers

24  chose to describe the service on the bill, or with where on the bill the charge was

25  placed, or on which page a charge appeared.  The Tatto Defendants had every

26  incentive to list charges that showed a subscriber where to call to reach the Tatto

27
───────────────
[2] http://www.fcc.gov/guides/cramming-unauthorized-misleading-or-deceptive-
charges-placed-your-telephone-bill

28

Mitchell
Silberberg &
Knupp LLP

5731825.1

3

**DECLARATION OF LIN MIAO**

1   Defendants for customer issues because of the mobile carriers' strict standards
2   governing customer complaints.  For these reasons, the Tatto Defendants
3   affirmatively worked to change the descriptions.  In many cases, the Tatto
4   Defendants were successful; but some mobile carriers refused to change the
5   description.  I speculate that the mobile carriers may have been motivated by the
6   revenue they received from our services and others in the industry.

7        22.   The Tatto Defendants spent a large amount of money to establish a
8   customer service call center.  The number was provided in the confirmation text
9   message and the renewal messages sent to the subscribers.

10       23.   The goal was to have every customer call answered in less than 30
11  seconds, and this was largely achieved.  Some callers asked for a refund, and all
12  cancellations and refunds were immediately processed.  Many, in fact most, of the
13  calls were about the quality of the content being provided, not about any deceptive
14  or unfair practice.  Some of the complaints were about the placement of the
15  charges on mobile carriers' bills.

16       24.   In addition to the Tatto Defendants, I own other businesses, including
17  Be Great, LLC and subsidiaries (such as Be Great Partners, LLC ("Be Great
18  Partners") and Scambook, LLC ("Scambook")).  I will call these companies
19  collectively the "Unrelated Companies."

20       25.   All of the Unrelated Companies are incorporated in Delaware and
21  registered to do business in California, and are in good standing.  I have signed
22  personally, in my representative capacity, or have authorized an agent to sign the
23  publicly filed corporate documents.

24       26.   Many of the Unrelated Companies also have service marks,
25  trademarks, and/or patents registered with the United States Patent and Trademark
26  Office which list the office where I go to work.

27       27.   I have never tried to hide my ownership or participation in any of the
28  companies I own.  I have never tried to hide any assets.  I hold no offshore

Mitchell
Silberberg &
Knupp LLP

5731825.1

4

1  accounts or any other hidden or discrete bank accounts.  I have no safe deposit

2  boxes.  I have never had an offshore account.

3      28.  The assets and management of the Tatto Corporate Defendants and

4  the Unrelated Companies have always been kept completely separate.

5      29.  Scambook is a very successful online consumer complaint resolution

6  forum.  Consumers, for free, may post complaints about businesses' good and

7  services, on the website.  Scambook has attracted over 10 million unique visitors to

8  its website per year.  To date, Scambook has completed over $18 million in

9  resolutions for consumers.  Scambook regularly cooperates with various federal

10  and state law enforcement agencies, such as the Federal Bureau of Investigation,

11  police departments, and other law enforcement agencies.

12      30.  Scambook is frequently featured in major news outlets for its efforts

13  in combating fraud.  See http://www.scambook.com/press.  The following are a

14  few examples:

15  • 2013 Holiday Scam Warnings:
    http://www.usatoday.com/story/money/columnist/tompor/2013/10/26/sus

16  an-tompor-web-scammers/3188647/

17  • 2013 Tax Scams: http://www.foxbusiness.com/personal-
    finance/2013/10/03/are-forced-to-pay-taxes-on-scammed-income/

18

19  • 2013 Fake Student Loans: http://www.cbsnews.com/news/fake-student-
    loan-site-steals-identities/

20  • 2013 Tornados: http://money.msn.com/saving-money-
    tips/post.aspx?post=30484e3e-9948-497a-a5ab-5997b11f39a2

21

22  • 2013 Boston Marathon Scam Warning:
    http://www.huffingtonpost.com/galtime/boston-marathon-charity-
    scam_b_3132161.html

23

24  • 2013 Superbowl Scams:
    http://www.forbes.com/sites/alanaglass/2013/02/03/last-minute-guide-to-
    super-bowl-xlvii/

25

26  • 2012 Gift Card Text Messaging Scams:
    http://www.nbclosangeles.com/news/local/Target-Best-Buy-Gift-Card-
    Text-Messages-Are-a-Scam-181064851.html

27

28  • 2012 Hurricane Sandy Scam Warning:
    http://nypost.com/2012/11/15/post-storm-its-clear-skies-for-scammers/

Mitchell
Silberberg &
Knupp LLP

5731825.1

5

**DECLARATION OF LIN MIAO**

31.     Be Great Partners was recently honored by Los Angeles Mayor, Eric
Garcetti, for its leadership and vision in developing an ecosystem to help
technology startup companies in Southern California.  To date, Be Great Partners
has helped 24 startup companies raise $49.2 million in venture capital.  Those 24
companies have hired 350 employees.  Attached hereto as Exhibit A is a true and
correct copy of the Be Great, 2013 Q3 Investor and Mentor Report.  The
information in the report is accurate.

32.     Be Great Partners recently hosted a festival that raised $25,000 for
Pencil of Promise.  That money will build a new school in Guatemala.  During the
event, Be Great Partners announced expansion plans for 9 new working facilities
which provide office space for entrepreneurs.  See
http://www.latimes.com/business/technology/la-fi-tn-be-great-fest-
20130917,0,4517449.story#axzz2n6VJ2VEW.

33.     Like Scambook, Be Great Partners has been featured in many positive
articles and stories:

- http://www.fastcompany.com/3020056/analysis-finds-las-tech-scene-outgrowing-hollywood
- http://www.builtinla.com/blog/be-great-partners-fund-200-la-startups-within-next-year
- http://www.examiner.com/article/la-s-be-great-partners-seeks-disruptive-innovation
- http://pando.com/2013/07/29/be-great-fest-if-you-mix-celebrities-startups-a-charity-and-a-dj-will-deals-result/
- http://techzulu.com/be-great-fest-celebrating-los-angeles-startup-ecosystem/
- http://upstart.bizjournals.com/companies/hatched/2013/06/17/be-great-partners-launches-in-la.html?page=all

34.     The Unrelated Companies currently have 45 employees—25
developers and engineers and 20 account managers and support personnel.  The
lawsuit against the Tatto Defendants by the FTC has placed a halt to the Unrelated
Companies' expansion plans, including new hires.

1    35.    The Unrelated Companies have never been accused of any violation

2    of the FTC Act or any other law or regulation.  The Unrelated Companies and the

3    Tatto Defendants have never been involved in cramming.

4        I declare under penalty of perjury under the laws of the United States of

5    America that the foregoing is true and correct.

6        Executed on this 12th day of December, 2013, at ___Los Angeles___,

7    California.

8

9

10                              _____
                                    **LIN MIAO**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A



begreat

2013 / **Q3** Investor and Mentor Report

EX  A    PG  8

# EXECUTIVE SUMMARY

Q3 for Be Great resulted in the largest increase in validated progress as management worked aggressively on its mission to Incubate Los Angeles. In summary:

- ✓ WE INCREASED OUR PORTFOLIO SIZE BY **60%**

- ✓ FUNDING RAISED BY OUR PORTFOLIO COMPANIES INCREASED FROM **$16 MILLION** TO **$49.2 MILLION**

- ✓ **1 EXIT**

- ✓ ADDED AN ADDITIONAL **192 JOBS**

- ✓ ANNOUNCED 9 NEW CO WORKING LOCATIONS IN LOS ANGELES ADDING **110,000 SQUARE FEET** OF SPACE TO THE CITY

- ✓ INTRODUCED **BE GREAT BRAIN SALES**: 20 DEDICATED IN HOUSE SALES ASSIGNED TO PORTFOLIO COMPANIES TO BOOST REVENUES

- ✓ HELD A VERY SUCCESSFUL **BE GREAT FEST 2013**

- ✓ RAISED **$25,000** FOR PENCIL OF PROMISE

Our goals are very ambitious. We believe startups in Los Angeles needs more than just $25,000 or a team of cool mentors. From the minute they get accepted into our program we want to be everything they ever need: from money, to world class space, to over 25 specialized developers and engineers to a team of 20 in house sales representatives that will work day and night to 10x portfolio revenues. If they choose Be Great Partners, we will accelerate their growth faster than any other incubator or accelerator program we know of.

But we are thinking even more hollistically. Entrepreneurs need training and events which is why we are announcing Be Great Events which will be special curated weekly workshops, monthly speaker series and quarterly demo days. The very best from each one of these events will culminate at our annual Be Great Fest where we highlight the very best speakers, startups, charity and an evening of celebration. Be Great Fest 2013 illustrated to the city of Los Angeles in its own style that the city is exploding with interest in developing startups.

Although the steam behind Los Angeles' startup ecosystem has been pushing it along at a fast pace in the past few years, the growth is coming off years of slow movement and the city still has a lot of potential. The leading markets have plenty of accelerators, incubators and co-working spaces, so ideally proven brands explore untapped markets. Be Great Partners itself is headed in that direction, with plans for nine Be Great Lab co-working spaces in the works. While some are planned for the key startup markets of Santa Monica, Pasadena and Downtown LA, some are planned for more underrepresented areas in the space, including Sherman Oaks and Century City.

Be Great's key stakeholders - entrepreneurs, partners, employees and shareholders remain at the center of our strategy. Q3 reflected our passionate focus on the needs of our key stakeholders during a time of aggressive growth and expansion. As Be Great is about to celebrate its 2nd year anniversary, our role as a trusted business and industry partner is becoming increasingly important as we focus on future investments that drive profitability, productivity and value add for the city of Los Angeles.

We are pleased with our strong performance in Q3 and believe the investments we made 12 months ago are paying off in terms of our business and financial metrics. Going into Q4 we will continue to focus on our three major growth areas which are Partners, Brain and Labs.

As always thank you for your continued support.

Sincerely,


*Lin Miao*
**FOUNDER & MANAGING PARTNER**

# PORTFOLIO STATISTICS

Total of Portfolio Startups:

**24**

Total New Investments in Q3:

**9**

Acceptance Rate:

**4/10** OF A PERCENT

**350**

Jobs

**$49.2**

Million Raised

**1** EXIT

## STARTUP CATEGORIES

| MUSIC ENTERTAINMENT | HEALTH | CONSUMER COMMERCE | AD TECH | WEARABLE TECH |
| DRONE | SOCIAL NETWORK | EDUCATION | ENTERPRISE APPLICATION | APPAREL |

## CO INVESTED WITH

SCOOTER **BRAUN**

KLEINER **PERKINS**

GENERAL **CATALYST**

TROY **CARTER**

GARY **VAYNERCHUK**

KEVIN **COLLERAN**

500 **STARTUPS**

GOOGLE **VENTURES**

WILL **SMITH**

ROTHENBERG **VENTURES**

TRUE **VENTURES**

SV **ANGEL**

REDPOINT **VENTURES**

# OUR PORTFOLIO COMPANIES


CLOSE


HEXUM


KIVELY


SCAMBOOK


HULLABALU


SKINNY BIKINI


TASTE OF BLUE


ENPLUG


DEALFLICKS


FRIENDBUY


NATUREBOX


MEUNDIES


ACHIEVEMINT


REPUBLIC PROJECT


SKYCATCH


LETTUCE


SENDHUB


CREATIVE MARKET


EVERSNAP


PORTER


BIOBEATS


PARTNERED


DJZ


CHANGE.ORG

# BE GREAT LABS:

Be Great Labs is a trendy multi-location member based work space backed by the Be Great ecosystem of funding, startups, mentors and events. With a no contract affordable monthly membership fee, members receive access to convenient trendy works spaces within Los Angeles and be immersed in an influential community of like minded entrepreneurs. Access to workshops, speakers series, rocket pitch events and world class mentors enables entrepreneurs who choose Be Great Labs to take their project to the next level.

## LOCATIONS ANNOUNCED



# BE GREAT FEST 2013

With almost 1000 in attendance, Be Great Fest 2013 set the example for how startup events should be created in Los Angeles. The event was hosted in the iconic Pacific Design Center with special catering by Wolfgang Puck, music by DJ Politik and world class sponsors such as Uber. The evening celebrated the very best of entrepreneurs and startups in Los Angeles, including 16 of Be Great's portfolio companies.

 

 

 

BE GREAT FEST 2013











# RECOGNITION



 Be Great Partners was honored by Mayor of LA Eric Garcetti as Be Great announced 9 new co working locations being built in the city.

incubate@begreatpartners.com
(855) 247-8585
5900 Wilshire Blvd. 21st Floor
Los Angeles, CA 90036

WWW.BEGREATPARTNERS.COM

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

        I am employed in the County of Los Angeles, State of California, I am over the age of eighteen years and am not a party to this action; my business address is Mitchell Silberberg & Knupp LLP, 11377 West Olympic Boulevard, Los Angeles, CA 90064-1683, and my business email address is bag@msk.com.

        On December 12, 2013, I served a copy of the foregoing document(s) described as **DECLARATION OF LIN MIAO IN SUPPORT OF DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** on the interested parties in this action at their last known address as set forth below by taking the action described below:

David Shonka
Acting General Counsel
Heather Allen
Duane C. Pozza
Jane Ricci
Robin Thurston
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
Telephone:   (202) 326-3224
Fax:              (202) 326-3629
E-Mail:         hallen@ftc.gov
                    dpozza@ftc.gov
                    jricci@ftc.gov
                    rthurston@ftc.gov

Attorneys for Plaintiff Federal Trade Commission

Faye Chen Barnouw
Federal Trade Commission
10877 Wilshire Blvd.
Suite 700
Los Angeles, CA 90024
Telephone:   (310) 824-4343
Fax:              (310) 824-4380
E-Mail:         fbarnouw@ftc.gov

Attorney for Plaintiff Federal Trade Commission

Daniel M. Benjamin, Esq.
Andrew W. Robertson, Esq.
Ballard Spahr LLP
655 West Broadway
Suite 1600
San Diego, CA 92101-8494
Telephone:   619-696-9200
Facsimile:   619-696-9269
E-Mail:
        benjamind@ballardspahr.com
        robertsona@ballardspahr.com

Attorneys for Receiver Thomas W. McNamara

☑   **BY ELECTRONIC MAIL**:  I served the above-mentioned document electronically at 12:34 p.m. on the parties listed at the email addresses above and, to the best of my knowledge, the transmission was complete and without error in that I did not receive an electronic notification to the contrary.  Service of this document was performed by email pursuant to

Mitchell
Silberberg &
Knupp LLP

5731825.1

---

**DECLARATION OF LIN MIAO**

1  Court Order, specifically Sections XXII and XXIV of the Court's *Ex Parte*
2  Temporary Restraining Order With An Asset Freeze and other Equitable
   Relief, and order to Show Cause Why a Preliminary Injunction Should Not
3  Issue, entered on December 5, 2013.

4      I declare under penalty of perjury under the laws of the United States that
   the above is true and correct.
5
6      Executed on December 12, 2013, at Los Angeles, California.
7
                                        _____
8                                                Bertha A. García
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**DECLARATION OF LIN MIAO**