# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>       Plaintiff,<br><br>       v.<br><br>TATTO, INC., *et al.*,<br><br>       Defendants. | Case No. 2:13-cv-08912-DSF-FFMx<br><br>**ORDER GRANTING LIMITED RELIEF FROM THE ASSET FREEZE AS TO LIN MIAO** |

The Court having reviewed and considered the Stipulation Re Limited Relief From the Asset Freeze as to Lin Miao,

**IT IS THEREFORE ORDERED** that Sections III and IV of the Preliminary Injunction entered on January 6, 2014 [D.E. 69], are modified as follows:

1.     Bank of America shall transfer $10,945.37 to Lin Miao from the account xxxx5342 held in the name of Lin Miao.  Mr. Miao shall use $10,686.34 of this money to pay to the Los Angeles County Tax Collector the property taxes on 6660 Colgate Ave, Los Angeles, CA 90048.  Mr. Miao shall present proof to the FTC that he has paid these taxes within 10 days of this order.  Mr. Miao shall use the remaining $259.03 to pay Invoice No. 32916 to Area Insurance Brokerage Service for insurance on 6660 Colgate Ave, Los Angeles, CA 90048.  Mr. Miao shall present proof to the FTC that he has paid this insurance bill within 10 days of this order.  This order shall make no other modifications to the asset freeze provisions of the Preliminary Injunction in this case.

1 | SO ORDERED this 6TH day of June, 2014, at 3:15 pm

*[signature: Dale S. Fischer]*

_____

DALE S. FISCHER

UNITED STATES DISTRICT JUDGE